JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOEL CASTANEDA,<br><br>Petitioner,<br><br>v.<br><br>THERESA CISNEROS<br><br>Respondent. | Case No. CV 21-03248-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: September 23, 2021

_____
JOHN A. KRONSTADT
United States District Judge